## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Aron Robert Moore,

        Plaintiff,

v.

Nancy A. Berryhill,
*Acting Commissioner of*
*Social Security*,

        Defendant.

Civ. No. 16-3585 (MJD/BRT)

**ORDER**

---

David F Chermol, Esq., Chermol & Fishman LLC; Edward C. Olson, Esq., Disability Attorneys of Minnesota, counsel for Plaintiff.

Pamela Marentette, Esq., United States Attorney's Office, counsel for Defendant.

---

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Becky R. Thorson dated December 12, 2017. No objections have been filed to that Report and Recommendation in the time period permitted. Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1.    Plaintiff's Motion for Summary Judgment (Doc. No. 15) is **GRANTED IN PART** and **DENIED IN PART**;

2.      Defendant's Motion for Summary Judgment (Doc. No. 18) is **GRANTED IN PART** and **DENIED IN PART**; and

3.      This matter is **REMANDED** pursuant to Sentence Four of 42 U.S.C. § 405(g) for further proceedings consistent with the underlying Report and Recommendation.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 11, 2018                    s/Michael J. Davis
                                          MICHAEL J. DAVIS
                                          United States District Court Judge